IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COCA-COLA COMPANY & SUBSIDIARIES,<br><br>      *Plaintiff*,<br><br>   v.<br><br>INTERNAL REVENUE SERVICE,<br><br>      *Defendant*. | Civil Action No. 1:17-cv-134-ABJ |

**PRAECIPE: CHANGE IN ATTORNEY CONTACT INFORMATION**

Pursuant to Local Rule 83.15(c), undersigned counsel for Plaintiff Coca-Cola Company & Subsidiaries states that as of February 21, 2017 his contact address has changed from 2020 K Street, NW, Washington, DC 20006 to 1111 Pennsylvania Ave, NW, Washington, DC 20004. The fax number has also changed from (202) 373-6001 to (202) 739-3001.

Notice of these changes was sent to the Clerk's office on February 23, 2017.

DATED: February 27, 2017      Respectfully submitted,

                  */s/ Bryan M. Killian*
                  Bryan M. Killian (D.C. Bar No. 989803)
                  MORGAN, LEWIS & BOCKIUS LLP
                  1111 Pennsylvania Avenue, NW
                  Washington, DC 20004
                  (202) 373-6782 (T)
                  (202) 739-3001 (F)
                  bryan.killian@morganlewis.com

                  *Attorney for Plaintiff Coca-Cola Company &*
                   *Subsidiaries*

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2017, the foregoing PRAECIPE: CHANGE OF ATTORNEY CONTACT INFORMATION was filed with the clerk of this Court via the CM/ECF system, which will notify all counsel of record including:

Stephen Shuching Ho
U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 227
Washington, DC 20044
(202) 616-8994 (T)
(202) 514-6886 (F)
stephen.s.ho@usdoj.gov

Dated: February 27, 2017                    Respectfully submitted,

*/s/ Bryan M. Killian*
Bryan M. Killian